IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-CV-224-BO

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| v | ) ) |
| GEORGE L. SAUNDERS, *et al.*, | ) ) |
| Defendants. | ) ) |

**CONSENT JUDGMENTS AGAINST GEORGE SAUNDERS**
**AND LABOMMIE SAUNDERS ON COUNT I**

Having considered the consent of the United States and George and LaBommie Saunders, it is ORDERED AND ADJUDGED as follows:

1. Judgment is hereby entered in favor of the United States and against George L. Saunders as to the relief in Count I in the amount of $784,160 as of May 19, 2014 plus interest that has accrued and will continue accruing according to law after that date, relating to income tax liabilities for the years 2002, 2003, 2005, 2011, and 2012, and trust fund liabilities under § 6672 relating to various quarters beginning July 1, 1998 and ending June 30, 2003.

2. Judgment is hereby entered in favor of the United States and against LaBommie Saunders as to the relief in Count I in the amount of $781,986 as of May 19, 2014 plus interest that has accrued and will continue accruing according to law after that date, relating to income tax liabilities for the years

2002, 2003, and 2005, and trust fund liabilities under § 6672 relating to various quarters beginning July 1, 1998 and ending June 30, 2003.

SO ORDERED this _14_ day of _August_, 2015

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE